UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. SANCHEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>TRANSWORLD SYSTEMS, INC. and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.  CV12-1573 DMG (SH)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [15] |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Joseph A. Sanchez and Defendant Transworld Systems Inc., the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  July 3, 2012

*Dolly M. Gee*
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE